**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ahmad MUHAMMAD, a/k/a Dexter Climeson, Defendant–Appellant.**

No. 02–6108.

United States Court of Appeals, Fourth Circuit.

Submitted April 10, 2002.

Decided April 23, 2002.

Ahmad Muhammad, Appellant Pro Se. William David Muhr, Office of the United States Attorney, Norfolk, Virginia, for Appellee.

Before WIDENER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Ahmad Muhammad seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court, *see United States v. Muhammad,* No. CR–96–43 (E.D.Va. Dec. 12, 2001), and on the grounds that the action is successive. We dispense with oral argument be- cause the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*